# United States District Court

NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION




APR 27 2007

JAMES N. HATTEN, Clerk

Deputy Clerk

UNITED STATES OF AMERICA
v.

MICHAEL GLEAN WILLIAMS

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:07-MJ-453-
-453-

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 26, 2007, in Cobb and Fulton Counties, in the Northern District of Georgia defendant did

use a facility of interstate commerce to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, that is, aggravated child molestation (O.C.G.A. § 16-6-4), all in violation of Title 18, United States Code, Section 2422(b).

in violation of Title 18 United States Code, Section(s) 2422(b).

I further state that I am a FBI Safe Child Task Force Agent and that this complaint is based on the following facts:

Please see attached affidavit.

Continued on the attached sheet and made a part hereof. (X) Yes () No

Signature of Complainant
Cameron D. Roe

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

April 27, 2007 at Atlanta, Georgia
Date City and State

Russell G. Vineyard
United States Magistrate Judge
Name and Title of Judicial Officer
AUSA William G. Traynor

Russell G. Vineyard
Signature of Judicial Officer

**AFFIDAVIT**

I, Cameron D. Roe, being first duly sworn, do hereby depose and state:

Introduction

I submit this affidavit in support of the arrest of Michael Williams, who used a computer connected to the Internet to attempt to entice a minor to engage in unlawful sexual activity, in violation of 18 U.S.C. § 2422(b). As developed below, he attempted to commit this offense by arranging with a mother to have sex with her two-year-old daughter.

1. I am a Detective Sergeant with the Roswell Police Department and have been so employed for approximately 24 years. I am assigned to the Federal Bureau of Investigation (FBI). I am assigned to the CyberCrime Squad where I am a Task Force Agent for the Safe Child Task Force. My primary responsibility is investigating the sexual exploitation of children. I have received training from the FBI in the areas of child pornography, pedophilic behavior, and child molestation. I have been involved in seizures and investigations relating to the illegal distribution of child pornography. I have participated in the execution of search warrants and seized evidence that relates to violations of child pornography/child exploitation statutes. I have participated in investigations in which a computer was used to commit violations involving the sexual exploitation of children; the

production, receipt, distribution, possession, trafficking of child pornography; the transmitting of obscene material; interstate transportation of an individual for illegal sexual activity; the inducement and enticement of a minor to travel in interstate commerce to engage in illegal sexual activity with a person; the inducement and enticement of a minor by use of an interstate facility to engage in illegal sexual activity with a person; and the interstate transportation for the purpose of engaging in illegal sexual activity with a minor.

2. This affidavit is made based upon my belief that there is probable cause to believe that Michael Glean Williams of 3311 Raes Creek Road, Marietta, Georgia, also known as "dad4lilgirl47" has committed a violation of 18 USC § 2422(b)(coercion and enticement of a minor). This affidavit contains information to support probable cause but it is not intended to convey facts of the entire investigation.

3. On April 19, 2007, I connected to the Internet in an undercover capacity and entered a Yahoo! chat room, "Fetish 15", which is contained within the Romance-Adult area of the Yahoo chat client. This chat room is known to law enforcement as an area which is used to discuss adult-child and incestual sexual relationships. My undercover (UC) chat profile was that of a divorced female in

her early 30s who was the mother of a two-year-old girl. While in the chat room, without prompting, I received an instant message from an individual using the Yahoo! screen name "dad4lilgirl47". The message from dad4lilgirl47 stated:

> Hello, I am Mike 50 male, I am from Marietta like younger women that are into older men, well look me up if you ever want to chat, Love to find a mom and daughter near by.

4. During the online conversation that ensued, "Mike" stated he had not been in the "Fetishes 15" room for a while and he was looking for a person to have some fun with and a lot more. The UC told Mike that she had a daughter named Steph who was two (2) years old. Mike stated that he thought that a girl of that age was "a plus." Mike said he worked for a company that wholesales consumer electronics, home and car stereos and televisions. Mike stated he had been married before and never had any children, but he always wanted a daughter. During the online conversation, Mike told the UC that it is important to start teaching your children the way you believe early, because if not, society will have them thinking other ways. Mike wrote: "I hope you have already started teaching your daughter, because the longer you wait the harder it will be." Mike wanted to find someone

real and honest to meet soon. Referring to the child, he wrote: "I would love to help teach her the things you can not." Mike explained to the UC that he was very gentle and not into pain, or force, or drama. He said that the youngest girl he had ever been with was 16 years old and that encounter had occurred about 9 months before. Mike asked the UC "so how old were you when your dad first started teaching you?" The conversation continued and Mike asked if the UC could call on the telephone and provided the telephone number 404-456-8718.

5. On April 19, 2007, a monitored and electronically recorded telephone call was placed to telephone number 404-456-8718. The UC asked if the person who answered the call was Mike and he responded, "Yes." During the conversation, Mike stated he had not been in the chat room for about 6 months, that he used to hang out in the room quit a bit, but that the room just got so much spam. Mike asked about the sexual relationship the UC had with her father and described his interest. The undercover agent asked Mike if he was "for real" and he stated "yes." Mike said: "I gave you my phone number and I would like to meet you." The UC continued the conversation with Mike who described the room topics and that had to do with incest and father-daughter sexual relationships and younger and "family fun", "dad and daughter." Mike said he was for real and

wanted to meet, and this was not fantasy for him it was real.

6. Over the next several days, Mike and I sent offline instant messages to keep in touch.

7. On April 25, 2007, the UC placed another telephone call to Mike at telephone number 404-456-8718. The individual that answered the telephone sounded to be the same as the previous telephone call. During the telephone conversation, Mike stated he has never had a daughter but always wanted one. Mike further stated he would "take a leap of faith" and discuss what he wanted to do with the UC's two-year-old child. Mike then said:

> Ideally is that you and I have a good relationship, that has to come first. You and I need to know that we have something. Two is a young age. Honestly, there are things about a two-year-old that I find sexually attractive. I would love to have her in bed with us. Would I love to hold her close to me while she was naked? Yes. Would I love to wrap my hands around her little body, kiss her and tell her how much I love her? Absolutely. Would I take and lick her? Yes. Would I like to see you love her in the same way? Yes. Even at her age now, if she is OK with it and she felt comfortable with it and I feel her mouth on me, I would love that. As she grows a little older I would want to see it progress further. Would I like to make love to

my daughter? I don't think there is anything that could be anything sweeter, and to have two women in your life that you absolutely love.

8. Mike explained that he had taken a risk by reveling his true desires and that in return, he wished for the UC and her daughter to take a leap of faith as well by meeting him at his home on the evening of Friday, April 27, 2007. Mike provided his home address 3311 Raes Creek Road in Marietta, Georgia, and gave the UC driving instructions to his home.

9. Public records indicate that Michael Glean Williams, born August 23, 1956, resides at 3311 Raes Creek Road, Marietta, Georgia, which is in the Northern District of Georgia. A subpoena to Yahoo! regarding account "dad4lilgirl47" yielded that the user of that account routinely connected to the Yahoo! computer servers from an IP address registered to Comcast Cable Communications. An IP address is a unique numerical identifier used by computers involved in standard Internet communication. A subpoena issued to Comcast, regarding that specific IP address, indicated that on at least one occasion, the communications to Yahoo! account "dad4lilgirl47" emanated from a computer located at 3311 Raes Creek Road, Marietta, Georgia, and that the connection was associated with an account subscribed to by Michael Williams. Comcast records

detail a contact telephone for Michael Williams of 404-456-8718 (the same number that Mike gave the UC for the telephone conversations described in this affidavit).

10. During a scheduled telephone call between the UC and Mike in the early afternoon of Thursday, April 26, 2007, the two discussed meeting earlier than the previously arranged appointment for Friday the 27th. The UC explained that for safety reasons, and because she wanted her daughter to become familiar with Mike, she thought it better that they meet that Thursday evening. Initially, Mike rejected the idea of him traveling to meet with the UC and her daughter, stating "I don't want to get arrested." Quickly thereafter, and without prompting from the UC, Mike reversed his decision and agreed to meet the two at the Chick-fil-A restaurant in Roswell, Georgia.

11. At approximately 5:20 p.m. the evening of Thursday, April 26, 2007, Michael Williams was observed by agents of the FBI departing his place of work in Marietta and driving to Roswell. At approximately 5:45 p.m., Michael Williams was observed parked at a bank next to the Chick-fil-A restaurant in Roswell. At approximately 5:50 p.m., Mike placed a telephone call to the UC to confirm the meeting. After the conversation ended, Michael Williams drove his car to the

Chick-fil-A restaurant. At approximately 5:55 p.m., FBI Task Force agents arrested Williams after he parked at the Chick-fil-A restaurant.

12. Agents advised Williams of his constitutional rights by reading the FBI Advice of Rights form to him aloud, and then Williams read the form aloud to the agents. He said he understood the *Miranda* warnings, and then initialed each of the warnings on the form to indicate that he understood them. Williams said he wanted to talk to the agents and signed the waiver on the rights form. In his voluntary interview with FBI Task Force agents, Williams admitted to being the sole user of Yahoo! account "dad4lilgirl47." Although he denied ever wanting to have sexual contact with a child, he confirmed that he had established an online and telephonic relationship with the UC, a mother of a two-year-old female child, whom he had expressed his interest in having a sexual relationship with.

13. During the interview, Williams consented to a full search of his residence, to include all computers and media found within. The search of his home, executed on the night of April 26, 2007, yielded three computers, several digital media devices, dozens of video tapes, multiple recordable computer CDs as well as several items of illegal drug paraphernalia.

14. A partial and cursory review of some of the digital media removed

from Williams' home revealed multiple images and videos of child pornography. Also discovered were Yahoo! Internet chat logs discussing the rape and molestation of minor children.

15. Based on the above, there is probable cause to believe that Michael Glean Williams of Marietta has used a means of interstate commerce – a computer connected to the Internet – to attempt to entice a minor (through her mother) to engage in unlawful sexual activity, that is, aggravated child molestation (O.C.G.A. § 16-6-4), all in violation of Title 18, United States Code, Section 2422(b).